IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES ANTHONY BARNETT, JR.,
    Plaintiff,
v.
MARGARET BOWEN, M.D.,
    Defendant.

**Judgment in a Civil Case**

Case Number: 5:16-CT-3037-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendant's Margaret Bowen, M.D. motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on April 11, 2017, with service on:

James Anthony Barnett, Jr.# 0591420 at Central Prison (via U.S. Mail)
E. McCullough, N. Childs (via CM/ECF Notice of Electronic Filing)

April 11, 2017

Peter A. Moore, Jr.
Clerk of Court

By: *Shari Powers*
Deputy Clerk